IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-07-0847-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM ORECK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this action for damages, invoking the court's federal question subject matter jurisdiction. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

///

///

///

///

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2 proceed in forma pauperis is granted.

4 DATED: May 9, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE