# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-07-0847-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM ORECK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this action for damages, invoking the court's federal question subject matter jurisdiction. On May 10, 2007, the court issued an order granting plaintiff's application for leave to proceed in forma pauperis. Along with a copy of that order, plaintiff was served with a summons directed at the named defendants. The court now supplements that order with instructions to plaintiff regarding submission of documents to the United States Marshal for service of process on defendants. Specifically, plaintiff will be required by this order to submit documents to the United States Marshal and file notice with the court. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff seven USM-285 forms, a copy of the complaint, and the appropriate form for consent to trial by a magistrate judge;

2. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal the following documents:

   a. The completed summons;

   b. One completed USM-285 form for each named defendant;

   c. Eight copies of the complaint; and

   d. Seven copies of the court's initial scheduling conference order issued on May 10, 2007.

3. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal;

4. The United States Marshal is directed to serve all process without prepayment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

5. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: May 15, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE