1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PETER T. HARRELL,                        No. CIV S-07-0847-GEB-CMK

12                    Plaintiff,

13          vs.                                ORDER

14   ADAM ORECK, et al.,

15                    Defendants.

16   _____/

17          Plaintiff, who is proceeding pro se, brings this action for damages, invoking the

18   court's federal question subject matter jurisdiction.  Pending before the court is plaintiff's motion

19   for an extension of time (Doc. 17) to respond to defendants' motion to dismiss.  Plaintiff seeks a

20   60-day extension of time. Good cause appearing therefor, the request will be granted.

21          Given that defendants' motion was noticed for hearing on September 25, 2007 –

22   which is before the extended due date for plaintiff's response to the motion – the court will

23   vacate the hearing.  Unless the court orders otherwise, defendants' motion shall be submitted on

24   the papers without oral argument upon the completion of briefing.  See Local Rule 78-230(h).

25          The court also finds it appropriate to vacate the initial scheduling conference set

26   for November 13, 2007, pending resolution of defendants' motion to dismiss.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    Plaintiff's motion for an extension of time (Doc. 17) is granted;

3         2.    Plaintiff may file a response to defendants' motion to dismiss within 60

4    days of the date of this order;

5         3.    Defendants may file a reply brief within 10 days after the date of service of

6    plaintiff's response;

7         4.    The hearing on defendants' motion to dismiss, set for September 25, 2007,

8    is vacated; and

9         5.    The initial case scheduling conference, ser for November 13, 2007, is

10   vacated.

11

12   DATED:   August 23, 2007.

13

14                                    _____

     CRAIG M. KELLISON

15   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26