McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2702

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | Case No. 2:07-cv-0847 GEB-CMK |
| Plaintiff, | ORDER |
| v. | |
| ADAM ORECK, et al., | |
| Defendants. | |

The request for extension of time made on behalf of Defendant Mark Montgomery by counsel for the United States by special appearance for this purpose only is hereby granted. Defendant Montgomery shall respond to the complaint by September 17, 2007.

SO ORDERED.

DATED: August 29, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE