IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R OLSON, | No. 2:06-cv-02064-MCE-CMK |
| Plaintiff, | |
| vs. | |
| ADAM ORECK, et al., | |
| Defendants. | |
| _____/ | |
| PETER T. HARRELL, | No. 2:07-cv-00847-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM ORECK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring these related civil rights actions alleging claims under 42 U.S.C. §§ 1983 and 1985, <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and various state law tort theories. The matters were referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 14, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed by plaintiffs. Defendants have filed a response to plaintiffs' objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2008, are adopted in full;

2. County Defendants' motion to dismiss in case no. CIV-S-07-0847-MCE-CMK (Doc. 11) is granted;

3. Case no. CIV-S-07-0847-MCE-CMK is dismissed in its entirety;

4. Defendant United States of America's motion to dismiss in case no. CIV-S-07-0847-MCE-CMK (Docs. 26 and 27) is denied as moot;

5. County Defendants' (except Bigler) motion to dismiss in case no. CIV-S-06-2064-MCE-CMK (Docs. 12) is granted in part and denied in part, as outlined in the January 14, 2008, findings and recommendations;

6. Defendant United States of America's motion in case no. CIV-S-06-2064-MCE-CMK (Docs. 28 and 29) is granted;

7. Defendants Weston and United States of America are dismissed, and the Clerk of the Court be directed to terminate them on the court's docket for case no. CIV-S-06-2064-MCE-CMK;

///

///

8. Case no. CIV-S-06-2064-MCE-CMK shall proceed as against defendants Oreck, Schack, Riggins, and Siskiyou County Sheriff's Department on plaintiff Olson's Fourth and Fourteenth Amendment[1] claims for money damages based on seizures of both her person and property;

9. Defendants Oreck, Schack, Riggins, and Siskiyou County Sheriff's Department shall file an answer to plaintiff Olson's complaint in case no. CIV-S-06-2064-MCE-CMK within 30 days of the date of this order; and

10. The Clerk of the Court is directed to enter judgment dismissing case no. CIV-S-07-0847-MCE-CMK and close that file only.

Dated: February 15, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The January 14, 2008, findings and recommendations erroneously state in the conclusion section that plaintiff Olson's due process claim based on seizure of her person, which defendants' do not challenge, arises under the Fourth Amendment. This clerical error does not affect the substance of the findings and recommendations, which the court concludes is correct and based on proper legal analysis.

3